# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 14-48955-659  Chapter 13 |
| ) | |
| **TABITHA SCOTT** ) | |
| ) | |
| ) | |
| **Debtor** ) | |
| ) | |

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and withdraws his Objection To Claim dated August 31, 2015, to claim 9 filed on behalf of UNITED CONSUMER FINANCIAL SVCS.

Dated: September 22, 2015        /s/ John V. LaBarge, Jr., Chapter 13 Trustee
WDOCLM--AC

John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 9/22/2015.

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee

TABITHA SCOTT
2164 FOGGY BOTTOM DRIVE
FLORISSANT, MO  63031

UNITED CONSUMER FINANCIAL SVCS
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712

ROBERT E FAERBER
230 S BEMISTON
STE 600
CLAYTON, MO  63105